UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. LEPE, et al.,<br><br>　　　　　Defendants. | No.  1:21-cv-01049 GSA (PC)<br><br>ORDER DIRECTING DEFENDANTS TO INFORM COURT WHETHER THEY WISH TO OPT OUT OF POST-SCREENING EARLY ADR<br><br>(See ECF No. 16 at 2)<br><br>DEFENDANTS' RESPONSE DUE IN SEVEN DAYS |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter has been stayed pending the parties' determination whether the Court's Post-Screening Early Alternative Dispute Resolution Program would benefit them.  See ECF No. 16 at 2.

  For the reasons stated below, consistent with Court's ADR order issued February 10, 2025, counsel for Defendant, Deputy Attorney General Brittany Boiko, will be ordered to inform the Court whether Defendant wishes to opt out of participation in the Court's Early ADR program, or if he would like to schedule a settlement conference.  Counsel will have seven days to file Defendant's response.

I. **RELEVANT FACTS**

On February 10, 2025, the Court issued an order which stayed this matter for 120 days in order to allow the parties to meet and confer regarding Plaintiff's claims and then determine whether a settlement conference in this case would be productive. See ECF No. 16 at 1-2. In that order, Defendant was also informed that if he wished to opt out of participating in the Court's Early ADR Program, he was to file a motion to opt out. Id. at 2. Defendant was also instructed to file any opt out motion within sixty days of the date of that order. Id.

More than sixty days have passed and Defendant has not informed the Court whether he would like to schedule a settlement conference via the Court's Early ADR Program, or if he would like to opt out of the Program. Nor has Defendant has not requested an extension of time to do so.

II. **DISCUSSION**

Defendant's notice to the Court was due over ten days ago. As a result, the failure to inform the Court has slowed the progression of these proceedings. The Court does note that the attorney who is representing Defendant works out of the California Office of the Attorney General that is located in San Diego. See Case Caption of Docket. As a result, it is possible that DAG Brittany Boiko may not be familiar with this District's Early ADR Program. Therefore, DAG Boiko will be ordered to inform the Court whether Defendant wishes to calendar a settlement conference in this case, or opt out of the Court's Early ADR Program and proceed to the discovery phase of the proceedings. DAG Boiko will be given an addition seven days to meet and confer with Plaintiff (if she has not already done so), consult with Defendant, and file a response to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for Defendant, DAG Brittany Boiko, shall inform the Court whether Defendant wishes to continue to participate in the Court's Post-Screening Early ADR Program and request a settlement conference date, or to opt out of the Program and instead proceed to the discovery phase of the proceedings, and

2. DAG Boiko shall have seven days from the date of this order to inform the Court of

Defendant's decision.

IT IS SO ORDERED.

    Dated:   **April 24, 2025**                   **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE