UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRAHAM,<br><br>            Plaintiff,<br><br>    v.<br><br>S. LEPE,<br><br>            Defendant. | No.  1:21-cv-01049 GSA (PC)<br><br>ORDER EXTENDING 120-DAY STAY OF PROCEEDINGS<br><br>(See ECF No. 16 at 2) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Currently, this matter has been stayed for 120 days in order to enable the parties to participate in the Court's Post-Screening Early Alternative Dispute Resolution Program.  See ECF No. 16 at 2 (ADR stay order).

On May 7, 2025, based on the parties' consent, this matter was referred for a settlement conference before a different magistrate judge.  ECF No. 19.  That proceeding will take place on June 13, 2025.  The Court notes that the end of the 120-day stay in this matter is June 10, 2025.  For this reason, the Court will sua sponte extend the stay of this matter thirty additional days beyond June 10 so that the parties can freely participate in the June 13, 2025, settlement conference without additional obligation.

1

Accordingly, IT IS HEREBY ORDERED that the 120-day stay ordered by the Court on February 10, 2025 (see ECF No. 16 at 2), is EXTENDED thirty additional days beyond June 10, 2025 so that the parties may freely participate in the June 10, 2025, settlement conference.

IT IS SO ORDERED.

Dated: **May 28, 2025**         **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE