# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRAHAM,<br><br>   Plaintiff,<br><br>   v.<br><br>S. LEPE,<br><br>   Defendant. | Case No. 1:21-cv-01049-GSA (PC)<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>**THIRTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on June 13, 2025, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **thirty (30)** days of entry of this order.

IT IS SO ORDERED.

Dated:   **June 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1