UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRAHAM, | No. 1:21-cv-01049 GSA (PC) |
| Plaintiff, | ORDER ACKNOWLEDGING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| S. LEPE, | (ECF No. 28) |
| Defendant. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 13, 2025, Plaintiff and Defendant participated in a settlement conference that was presided over by United States Magistrate Judge Stanley A. Boone. ECF No. 25 (minute order stating same). During the conference, the parties agreed to settle the matter and the Court ordered the parties to file dispositive documents within thirty days. Id.

On July 10, 2025, the parties filed the instant stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 28. The filing states that the parties have resolved this case in its entirety. As a result, the parties stipulate to its

1

voluntary dismissal with prejudice. Id.  Consistent with their filing, the Court will acknowledge the parties' joint stipulation, and the Clerk of Court will be directed to close this case.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Court ACKNOWLEDGES the joint stipulation for voluntary dismissal with prejudice filed by Plaintiff and Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  See ECF No. 28;

2. Consistent with the parties' filing, the matter is VOLUNTARILY DISMISSED with prejudice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii), and

3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

    Dated:   **July 10, 2025**                 **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE